HDM:JV/JKW/JPL
F. #2020R00002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

HAFIZULLAH EBADY,
     also known as "Hafiz Ebady,"
DELA SAIDAZIM,
     also known as "Gina Payne" and "Eloise,"
DAVID GARY BISHOFF,
     also known as "Bobby Fischer," and
BRYCEN KAY MILLETT,
     also known as "Brett Johnson,"

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**1:21-cr-00564(WFK)(LB)**

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 21-564 (S-1) (WFK)
(T. 18, U.S.C., §§ 982(a)(7), 982(b)(1),
   1347, 1349, 2 and 3551 et seq.; T. 21,
   U.S.C., § 853(p))

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Commit Health Care Fraud)

     1.     In or about and between October 2018 and March 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants HAFIZULLAH EBADY, also known as "Hafiz Ebady," DELA SAIDAZIM, also known as "Gina Payne" and "Eloise," DAVID GARY BISHOFF, also known as "Bobby Fischer," and BRYCEN KAY MILLETT, also known as "Brett Johnson," together with others, did knowingly and intentionally conspire to execute a scheme and artifice to defraud one or more health care benefit programs, as defined in Title 18, United States Code, Section 24(b), to wit: various health insurance providers under which medical benefits, items and services were provided to individual beneficiaries (the "Health Insurance Providers"), and to obtain, by means

of one or more materially false and fraudulent pretenses, representations and promises, money and property owned by, and under the custody and control of, one or more Health Insurance Providers, in connection with the delivery of and payment for health care benefits, items and services, contrary to Title 18, United States Code, Section 1347.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

## COUNT TWO
(Health Care Fraud)

2.      In or about and between October 2018 and March 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants HAFIZULLAH EBADY, also known as "Hafiz Ebady," DELA SAIDAZIM, also known as "Gina Payne" and "Eloise," DAVID GARY BISHOFF, also known as "Bobby Fischer," and BRYCEN KAY MILLETT, also known as "Brett Johnson," together with others, did knowingly and willfully execute, and attempt to execute, a scheme and artifice to defraud one or more health care benefit programs, as defined in Title 18, United States Code, Section 24(b), to wit: one or more Health Insurance Providers, and to obtain, by means of one or more materially false and fraudulent pretenses, representations and promises, money and property owned by, and under the custody and control of, one or more Health Insurance Providers, in connection with the delivery of and payment for health care benefits, items and services.

(Title 18, United States Code, Sections 1347, 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3.      The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(7), which requires any person convicted of a federal health care offense to forfeit property, real or personal, that constitutes, or

is derived directly or indirectly from, gross proceeds traceable to the commission of such offense.

4.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

        (a)      cannot be located upon the exercise of due diligence;

        (b)      has been transferred or sold to, or deposited with, a third party;

        (c)      has been placed beyond the jurisdiction of the court;

        (d)      has been substantially diminished in value; or

        (e)      has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(7) and 982(b)(1); Title 21, United States Code, Section 853(p)).

A TRUE BILL

_Teresa King_
FOREPERSON

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

_Carolyn Pokorny_

By: _____
      Assistant U.S. Attorney

F. #2020R00002

FORM DBD-34
JUN. 85

No.   21-CR-564 (S-1) (WFK)

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

## HAFIZULLAH EBADY, et al.

Defendants.

# SUPERSEDING INDICTMENT

(T. 18, U.S.C., §§ 982(a)(7), 982(b)(1), 1347, 1349, 2 and 3551 et seq.;
T. 21, U.S.C. § 853(p))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

_____

**John Vagelatos, Jessica Weigel, Jonathan P. Lax, Assistant U.S. Attorneys**
**(718) 254-6182/6157/6139**