# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
(212) 880-9520

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

December 11, 2023

**VIA ECF (TO ALL COUNSEL)**
The Honorable William F. Kuntz, II
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Saidazim*, 21-CR-564 (WFK)

Dear Judge Kuntz:

      I represent Dela Saidazim, who is scheduled to be sentenced by this Court on December 13, 2023. Ms. Saidazim and I are ready to proceed with sentencing on Wednesday. Out of an abundance of caution, I write to inform the Court that I underwent shoulder surgery on Friday, December 1, 2023 and thereafter, apparently as a result of the visit to the hospital, tested positive for COVID-19. I have been treated by a doctor, am no longer symptomatic, and have been told by my doctor that I may resume normal activities. Ms. Saidazim also began feeling sick on December 4, 2023, and tested positive for COVID-19. She has, however, since taken multiple tests that all show she has recovered and is negative for COVID-19.

      As Dela and I appear to have no further symptoms, we are prepared to proceed on Wednesday and believe no adjournment is necessary but wanted to ensure the Court was informed of these circumstances. The government has no objection to moving forward on Wednesday.

                                              Respectfully submitted,

                                              */s/ Robert J. Anello*

                                              Robert J. Anello

Cc:    AUSAs Jessica Weigel, John Vagelatos, Jonathan Lax, Claire Kedeshian