

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL/JV/JKW                                   *271 Cadman Plaza East*
F. #2020R00002                               *Brooklyn, New York 11201*

January 19, 2024

By Federal Express, E-mail and ECF

Vicki Podberesky                    Jin P. Lee
Andrues/Podberesky                  The Law Office of Jin P. Lee
818 W. 7th Street, Suite 960        30 Wall Street, 8th Floor
Los Angeles, CA 90017               New York, NY 10005

Benjamin N. Gluck, Esq.             Michael Tremonte, Esq.
Nicole Van Dyk                      Noam Biale, Esq.
Naomi Song Solomon                  Katie E. Renzler, Esq.
Bird Marella P.C.                   Sher Tremonte
1875 Century Park East, 23rd Floor  90 Broad Street, 23rd Floor
Los Angeles, CA 90067               New York, New York 10004

Mike Ferrara, Esq.
Alexandra Conlon, Esq.
Kaplan Hecker & Fink LLP
350 5th Avenue, 63rd Floor
New York, New York 10118

Re:     United States v. Hafizullah Ebady, et al.
        Criminal Docket No. 21-564 (S-1) (WFK)

Dear Counsel:

Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

Specifically, please find enclosed:

| Document description | Bates range | Designation |
|---|---|---|
| April 11, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219842 | PIM |

| Document description | Bates range | Designation |
|---|---|---|
| May 18, 2022 Recorded call between DAVID BISHOFF and J.B.[1] | DOJ-EDNY-00219843 | PIM |
| May 18, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219844 | PIM |
| May 20, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219845 | PIM |
| May 23, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219846 | PIM |
| May 25, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219847 | PIM |
| June 7, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219848 | PIM |
| June 13, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219850 | PIM |
| June 13, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219851 | PIM |
| June 13, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219852 | PIM |
| June 15, 2022 Recorded call between DAVID BISHOFF and ANTHONY SANTAMARIA | DOJ-EDNY-00219853 | PIM |
| June 15, 2022 Recorded call between DAVID BISHOFF and ANTHONY SANTAMARIA | DOJ-EDNY-00219854 | PIM |
| July 6, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219855 | PIM |
| July 6, 2022 Recorded call between DAVID BISHOFF and ANTHONY SANTAMARIA | DOJ-EDNY-00219856 | PIM |

---

[1]    The government will provide defense counsel the full names for the individuals identified by their initials via email.

| Document description | Bates range | Designation |
|---|---|---|
| July 6, 2022 Recorded call between DAVID BISHOFF and ANTHONY SANTAMARIA | DOJ-EDNY-00219857 | PIM |
| July 7, 2022 Recorded call between DAVID BISHOFF and ANTHONY SANTAMARIA | DOJ-EDNY-00219858 | PIM |
| July 8, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219859 | PIM |
| July 11, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219897 | PIM |
| July 11, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219898 | PIM |
| July 11, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219860 | PIM |
| July 12, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219899 | PIM |
| July 25, 2022 Recorded call between DAVID BISHOFF and JOSHUA ALEGRIA | DOJ-EDNY-00219864 | PIM |
| July 25, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219849 | PIM |
| March 24, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219861 | PIM |
| March 28, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219862 | PIM |
| March 29, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219863 | PIM |
| March 30, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219865 | PIM |
| March 30, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219866 | PIM |
| March 31, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219867 | PIM |

| Document description | Bates range | Designation |
|---|---|---|
| March 31, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219868 | PIM |
| April 14, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219869 | PIM |
| April 18, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219870 | PIM |
| April 19, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219871 | PIM |
| April 20, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219872 | PIM |
| April 21, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219873 | PIM |
| April 21, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219874 | PIM |
| April 25, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219875 | PIM |
| April 25, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219876 | PIM |
| April 27, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219877 | PIM |
| April 29, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219878 | PIM |
| April 29, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219879 | PIM |
| May 2, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219880 | PIM |
| May 3, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219881 | PIM |
| May 4, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219882 | PIM |

| Document description | Bates range | Designation |
|---|---|---|
| May 5, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219883 | PIM |
| May 5, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219884 | PIM |
| May 5, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219885 | PIM |
| May 5, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219886 | PIM |
| May 5, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219887 | PIM |
| May 9, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219888 | PIM |
| May 9, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219889 | PIM |
| May 11, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219890 | PIM |
| May 12, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219891 | PIM |
| May 16, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219892 | PIM |
| May 17, 2022 Recorded call between DAVID BISHOFF and J.B. | DOJ-EDNY-00219893 | PIM |
| August 5, 2022 Recorded call between DAVID BISHOFF and BRIAN SUTTON | DOJ-EDNY-00219894 | PIM |
| August 28, 2022 Recorded call between DAVID BISHOFF and JOSHUA ALEGRIA | DOJ-EDNY-00219895 | PIM |
| January 25, 2023 Recorded call between DAVID BISHOFF and JOSHUA ALEGRIA | DOJ-EDNY-00219896 | PIM |

As identified in column three of the table above ("Designation"), the government designates the produced material subject to the terms of the protective orders entered by the

5

Court on January 9, 2023, November 20, 2023, November 28, 2023 and November 29, 2023. See ECF Dkt. Nos. 142, 256, 264, 274.

If you have any questions, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

By:    /s/ Jessica K. Weigel
Jonathan Lax
John Vagelatos
Jessica K. Weigel
Assistant U.S. Attorneys
(718) 254-6139/6182/6157

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)

6